IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **Geoshack Canada Company, et al.,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **Case No. 3:19-cv-00158** |
| v. | : | |
| | : | **Judge Rose** |
| **Daniel Hendriks,** | : | |
| | : | |
| **Defendant.** | : | |

## STIPULATION AND AGREED ORDER

Plaintiffs agree to hold and shall not disburse $3,628,227 USD received upon closing the asset sale involving Geoshack Canada Company and The Brandt Group of Companies ("Transaction Proceeds"). Plaintiffs agree to deposit and hold the Transaction Proceeds in an interest-bearing account until this matter is fully and finally concluded (whether by a final order from which no appeal lies, by the parties' agreement, or otherwise). Further, the parties stipulate and agree that Defendant's claim is attached to the foregoing Transaction Proceeds pursuant to Ohio's prejudgment attachment statute, R.C. 2715.01 et seq.

This stipulation and agreement shall not prejudice Plaintiffs' right to seek leave of Court to remove the attachment based upon the Ohio prejudgment statute's jurisdictional limits, provided however, such determination will be made based on the circumstances that exist as of the date the parties submitted this stipulation.

This stipulation and order resolves Defendant's Emergency Motion for Temporary Restraining Order Preliminary Injunction and Prejudgment Attachment (Doc. No. 21). This Court's Entry and Order Granting in Part Emergency Motion for Temporary Restraining Order Preliminary Injunction and Prejudgment Attachment by Defendant Daniel W. Hendriks (Doc. No. 25) is hereby dissolved.

The hearing scheduled for July 31, 2020 is vacated. No bond is required.

**IT IS SO ORDERED** this  Friday , July 10 , 2020.

                                                s/Thomas M. Rose
                                                UNITED STATES DISTRICT JUDGE

*Approved by:*

| | |
|---|---|
| /s/ Adam P. Richards | /s/ Daniel J. Gentry |
| Barton R. Keyes (0083979) | Daniel J. Gentry (0065283) |
| bartk@cooperelliott.com | gentry@coollaw.com |
| Adam P. Richards (0085335) | Coolidge Wall Co., L.P.A |
| adamr@cooperelliott.com | 33 West First Street |
| Cooper & Elliott, LLC | Suite 600 |
| 2175 Riverside Drive | (937) 223-8177 |
| Columbus, Ohio  43221 | (937) 223-6705 (Facsimile) |
| (614) 481-6000 | |
| (614) 481-6001 (Facsimile) | Attorney for Plaintiffs |
| | Geoshack Canada Company and GNA |
| Attorneys for Defendant | Holding Company |
| Daniel Hendriks | |

2