**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| GEOSHACK CANADA COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DANIEL W. HENRIKS, <br><br> Defendant. | Case No. 3:19-cv-158 <br><br> Judge Thomas M. Rose <br> Magistrate Judge Sharon L. Ovington |

## ORDER

On October 5, 2020, Plaintiffs Geoshack Canada Company and GNA Canadian Holding Company (collectively "Geoshack") filed an Unopposed Motion for Extension, which sought additional time to respond to Defendant Daniel W. Henriks' Motion to Show Cause and Compel. For good cause shown, the Court **GRANTS** Geoshack's Motion for Extension. Accordingly, Geoshack shall file a response to Henriks' Motion to Show Cause and Compel (Doc. No. 30) by October 19, 2020.

**IT IS SO ORDERED.**

October 6, 2020
　　　　　　　　　　　　　　　　　　　　　*s/Sharon L. Ovington*
　　　　　　　　　　　　　　　　　　　　　Sharon L. Ovington
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge