# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **Geoshack Canada Company, et al.,** : | |
| : | |
| **Plaintiffs,** : | Case No. 3:19-cv-00158 |
| : | |
| **v.** : | |
| : | **District Judge Thomas M. Rose** |
| : | **Magistrate Judge Sharon L. Ovington** |
| **Daniel Hendriks,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Defendant moved this Court for an additional 5 days to file a Reply in Support of his Motion to Show Cause and/or Compel the Production of Financial Documents. Defendant's request is unopposed. Upon consideration of Defendant's unopposed Motion, the Court finds that Defendant's Motion (Doc. No. 43) is well-taken and is GRANTED.

It is therefore ORDERED that Defendant shall be permitted to file a Reply in Support of his Motion to Compel on or before November 9, 2020.


**November 3, 2020**            *s/Sharon L. Ovington*
                                **Sharon L. Ovington**
                                **United States Magistrate Judge**